**Dismiss and Opinion Filed March 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01023-CV**

**FIRST CASH LTD., FIRST CASH CREDIT, LTD. AND PAWN TX, INC.,**
**Appellants**
**V.**
**DONALD LEE JONES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06127**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Molberg

Before the Court is appellants First Cash Ltd., First Cash Credit, Ltd., and

Pawn TX, Inc.'s agreed motion to dismiss, which asks us to dismiss the appeal with

prejudice. We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

Because we have no information indicating the parties have reached an

agreement regarding costs, we tax costs of appeal against appellants. *See id*. 42.1(d).

Having dismissed the appeal at appellants' request, our mandate will issue forthwith.

201023f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FIRST CASH LTD., FIRST CASH CREDIT, LTD. AND PAWN TX, INC., Appellants

No. 05-20-01023-CV      V.

DONALD LEE JONES, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-06127. Opinion delivered by Justice Molberg. Justices Nowell and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DONALD LEE JONES recover his costs of this appeal from appellant FIRST CASH LTD., FIRST CASH CREDIT, LTD. AND PAWN TX, INC.

Judgment entered this 22nd day of March, 2022.